

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2015

No. 04-12-00238-CR

Kimberly Clark **SAENZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 217th District Court, Angelina County, Texas
Trial Court No. CR28665
The Honorable Barry R. Bryan, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Retired Chief Justice (not participating)
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

This appeal was set for oral argument submission on October 10, 2013, before the above-listed panel of justices, and an opinion and judgment were issued on January 22, 2014. On December 10, 2014, the Texas Court of Criminal Appeals vacated this court's judgment and remanded the appeal for further proceedings. The parties were allowed to file supplemental briefs, and the supplemental briefing is complete. It is therefore ORDERED that the cause is set for ON-BRIEF remand submission on July 15, 2015, before the above-listed panel of justices. *See* TEX. R. APP. P. 41.1(b).

It is so **ORDERED** on the 18th day of May, 2015.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court